UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

P S PRODUCTS INC.,
BILLY PENNINGTON                                                                         PLAINTIFFS

V.                                            4:13CV00196 JMM

SC IMPORTS LLC                                                                            DEFENDANT

ORDER OF DISMISSAL

Plaintiffs seek to voluntarily dismiss the case without prejudice. Plaintiffs have not served the Defendant.[1] Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the Motion to Non-Suit (Docket #3) is GRANTED. The Clerk is directed to close the case.

IT IS SO ORDERED this 14th day of May, 2013.

_____
James M. Moody
United States District Judge

---

[1] The Court notes that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs' request for dismissal does not require a court order because the defendant has not been served and, thus, not filed a responsive pleading. However, because the Plaintiffs filed a motion instead of a notice, the Court will enter the Order of Dismissal.